2:16-cv-00369-MMD-PAL

```
____ FILED            ✓ RECEIVED
____ ENTERED          ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

         FEB 23 2016

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____ DEPUTY
```

Dr. PAPA HULUWAZU, Plaintiff,

Vs.

William Snyder Controller

Sun Micro Systems Inc., Oracle Inc. Share Holders Services Defendants

I Papa Huluwazu (Pro se petitioner 01 9555, 957) file suit to include all remedies to receive resolve. I ask that this suit be inclusive of habitus corpus in a action to commit a gross error, negligence, fraudulent attempt to deceive stock holder, obstruction of Justice and defiance of Securities Exchange Commission Regulations. Through violations in the handing of stock owned by Dr. Papa Huluwazu while living with the William Snyder hired as the Controller of Sun Micro Systems. There is a continuing withholding of the stock shares and benefit to the life of plaintiff.

William Snyder and I lived together and traveled from Denver Colorado to Boulder Colorado prior to his acceptance of the job as controller with Sun Micro Systems. I was asked to go on his final interview with William Snyder and to move together if he accepted the position. His primary responsibility was to take the corporation public. I worked at Eurasian Automotive Corporation when we relocated to California and Purchase my own shares of the Sun Micro Systems cooperation as penny stock prior to the cooperation going public. My shares were taken by him from our home. William Snyder forged his name on the stock and placed them with/as his holdings. He never gave me any of his money no paid me for my shares when the corporation achieved its goal. As a responsible financial officer of Sun Micro Systems he wonton and maliciously committed a gross error, negligence and fraudulently attempted to deceive a stock holder of earned income derived from shares purchased in good faith.

Oracle Corporation Share Holders Services with Sun Micro System Corporation as owners and managing partners of stockholder shares failed to identify shares owned by Dr. Papa Huluwazu after receiving documents of name change from Craig Anthony Dillard. After several attempts to communicate and secure said securities to no avail I am left with no alternative but to seek justice through the legal system by filing this suit. I seek full restitution of my stock shares, in addition to expenses, pain and suffering, and all legal fees.

*signature*
Dr. Papa Huluwazu

February 18, 2016

PLEASE SEND COPIES TO:

Oracle Inc.

Sun Micro Systems Inc. Share Holders Services

Oracle Corporation

500 Oracle Parkway

Redwood Shores, CA 94065